# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES for the use and benefit of J&A MECHANICAL, INC., J&A MECHANICAL, INC.,**

        **Plaintiffs,**

**-vs-**                                 **Case No. 6:05-cv-1207-Orl-31DAB**

**WIMBERLY ALLISON TONG & GOO, KBJ ARCHITECTS, INC., WIBERLY ALLISON TONG & GOO/KBJ ARCHITECTS, INC., THE WHITING-TURNER CONTRACTING COMPANY, and UNITED STATES FIDELITY & GUARANTY COMPANY,**

        **Defendants.**

_____

**KBJ ARCHITECTS, INC.,**

        **Defendant/Third Party Plaintiff,**

**vs.**

**COSENTINI ASSOCIATES, INC., and HAYNES WHALEY ASSOCIATES, INC.**

        **Third Party Defendants.**

_____

## ORDER

Upon consideration of Third Party Defendant's Motion for Order Directing Third Party Plaintiff to Proceed with mediation and Arbitration and for Stay (Doc. 63), it is

**ORDERED** that the Motion is DENIED. The second contract clearly indicates the parties' intention to dispense with mandatory arbitration, and given the current status of this case, mediation would be premature.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 31, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party