# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES for the use and benefit of
J&A MECHANICAL, INC., J&A
MECHANICAL, INC.,**

                     **Plaintiffs,**

**-vs-**                                      **Case No.  6:05-cv-1207-Orl-31DAB**

**WIMBERLY ALLISON TONG & GOO,
KBJ ARCHITECTS, INC., WIBERLY
ALLISON TONG & GOO/KBJ
ARCHITECTS, INC., THE WHITING-
TURNER CONTRACTING COMPANY,
and UNITED STATES FIDELITY &
GUARANTY COMPANY,**

                     **Defendants.**

_____

**KBJ ARCHITECTS, INC.,**

                **Defendant/Third Party
Plaintiff,**
**vs.**

**COSENTINI ASSOCIATES, INC., and
HAYNES WHALEY ASSOCIATES, INC.**

             **Third Party Defendants.**

_____

# ORDER

Plaintiff has moved for voluntary dismissal, without prejudice, pursuant to Fed. R. Civ. P.

41(a)(2) (Doc. 110).  Defendants oppose the Motion (Docs. 112 and 113).  In light of the time this

matter has been pending, the pending motions for summary judgment and the sums expended by

Defendants thus far in defending this case, it would be inequitable to permit a dismissal without prejudice.  Accordingly, it is

> **ORDERED** that the Motion is DENIED.

> **DONE** and **ORDERED** in Chambers, Orlando, Florida on November 3, 2006.

**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party