**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES for the use and benefit of J&A MECHANICAL, INC., J&A MECHANICAL, INC.,**

        **Plaintiffs,**

-vs-                                       Case No. 6:05-cv-1207-Orl-31DAB

**WIMBERLY ALLISON TONG & GOO, KBJ ARCHITECTS, INC., WIBERLY ALLISON TONG & GOO/KBJ ARCHITECTS, INC., THE WHITING-TURNER CONTRACTING COMPANY, and UNITED STATES FIDELITY & GUARANTY COMPANY,**

        **Defendants.**

_____

## ORDER

Upon consideration of Defendant KBJ Architects' Request for Entry of Judgment (Doc. 127), it is

**ORDERED** that the Motion is GRANTED. The Plaintiff, United States for the use and benefit of J&A Mechanical, Incorporated, shall take nothing; the Plaintiff's action is DISMISSED as to KBJ Architects on the merits, and KBJ Architects shall recover from the Plaintiff their costs in this action. The Clerk is hereby directed to enter judgment accordingly.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 19, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE