# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES for the use and benefit of J&A MECHANICAL, INC., J&A MECHANICAL, INC.,**

        **Plaintiffs,**

**-vs-**                           **Case No. 6:05-cv-1207-Orl-31DAB**

**WIMBERLY ALLISON TONG & GOO, KBJ ARCHITECTS, INC., WIBERLY ALLISON TONG & GOO/KBJ ARCHITECTS, INC., THE WHITING-TURNER CONTRACTING COMPANY, and UNITED STATES FIDELITY & GUARANTY COMPANY,**

        **Defendants.**

_____

## ORDER

Upon consideration of Doc. 128 (construed as a motion for entry of final judgment) it is

**ORDERED** that the Motion is GRANTED. The Plaintiff, United States for the use and benefit of J&A Mechanical, Incorporated, shall take nothing; the Plaintiff's action is DISMISSED as to Wimberly Allison Tong & Goo on the merits, and Wimberly Allison Tong & Goo shall recover from the Plaintiff their costs in this action. The Clerk is hereby directed to enter judgment accordingly.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 19, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE